WARNER, J.,
concurring specially.
While I concur in affirming the conviction and sentence, I conclude that the court’s comment on evidence was improper. In closing, defense counsel made the statement that the victim had been “with one more guy — one more guy in a long line of folks that she’s hung out with through the years.” The state objected “to all of this.” The court immediately told the jury: “The objection is sustained. Jurors will decide the case only on the evidence and there has been no evidence of other guys throughout the years.” This is a comment on the weight of the evidence. See Jacques v. State, 883 So.2d 902, 905 (Fla. 4th DCA 2004) (judge’s statement during defense closing argument “That’s not what she said and that’s not what the record shows” was a comment on weight of evidence and improper). It was improper. Nevertheless, I agree with majority that any error was harmless.